Josefina Jimenez-Esparza #76857-509
Victorville Camp FCI Med, I
PO Box 5300
Adelanto, CA 92301



FILED
CLERK, U.S. DISTRICT COURT
FEB 3 – 2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

In the United States District Court
for the District of Central California

Josefina Jimenez Esparza,
    Petitioner,

vs.

Warden Eliseo Ricolcol,
    Respondent.

Civil Case No. EDCV25-334-FLA(SSC)

28 U.S.C. § 2241 for Immediate Release As President Biden and Merrick B. Garland Signed Into Law Amended Federal First Offender's Act

## 28 U.S.C. § 2241 for Immediate Release As President Biden and Merrick B. Garland Signed Into Law Amended Federal First Offender's Act

It is axiomatic that pro se filings should be liberally construed. See Erickson v. Pardus, 551 U.S. 89, 94 (2007). "In practice, this liberal construction allows courts to recognize claims despite various formal deficiencies, such as incorrect labels or lack of cited legal authority." Wall v. Rasnick, 42 F.4th 214, 218 (4th Cir. 2022).

I am asking for immediate release from prison to be put on supervised release per the amended Federal First Offenders Act that was signed by President Biden and Merrick B. Garland Attorney General on January 2025. I am guilty of a crime that is covered and I am first time offender which qualifies me for immediate release. I make this under the penalty of perjury that the aforementioned is true and correct.

J. Jimenez                              January 14, 2025, Adelanto, CA

Josefina Jimenez Esparza # 76857-509
Victorville Camp FCI Med, I
PO Box 5300
Adelanto, CA 92301

SN BERNARDINO CA 923

31 JAN 2025 PM 6 L



RECEIVED
CLERK, U.S. DISTRICT COURT
FEB -3 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NEW

Attn: Clerk
Edward R. Roybal Federal Bldg & Cthouse
255 East Temple Street, Room 180
Los Angeles, CA 90012

90012-333473



Case 5:25-cv-00334-FLA-SSC     Document 1     Filed 02/03/25     Page 3 of 3     Page ID #:3